**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 21-55, In re: T-MOBILE DATA BREACH LITIGATION**

**SCHEDULE OF ACTIONS**

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Veera Daruwalla, Michael March, and Lavicieia Sturdivant | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01118 | Hon. Brian A. Tsuchida, M.J. |
| 2. | Stephen J. Vash | T-Mobile US, Inc. | N.D. GA | 1:21-cv-03384 | Hon. Steve C. Jones, D.J. |
| 3. | Stephanie Espanoza, Jonathan Morales, and Alex Pygin | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01119 | Hon. Barbara J. Rothstein, D.J. |
| 4. | Henry Thang | T-Mobile US, Inc. | N.D. CA | 5:21-cv-06473 | N/A |
| 5. | Edmund Metzger | T-Mobile USA, Inc. | E.D. NY | 1:21-cv-04721 | N/A |