## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | MDL Docket No. 21-55 _____ |
| T-MOBILE DATA BREACH | ) | |
| LITIGATION | ) | |
| | ) | |

## **PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 23, 2021, I electronically filed the following: (1) Plaintiffs' Motion for Transfer of Actions to the Western District of Washington Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings; (2) Memorandum in Support of Plaintiffs' Motion; and (3) Schedule of Actions, including docket sheets and complaints for all related actions with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that a copy of the foregoing was served on all counsel or parties in the manners indicated and addressed as follows:

| Via U.S. Mail | |
|---|---|
| Clerk of the Court<br>U.S. District Court for the Western District of<br>Washington, Seattle<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 | Clerk of the Court<br>U.S. District Court for the Northern District of<br>Georgia, Atlanta<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 |
| Clerk of the Court<br>U.S. District Court for the Northern District of<br>California, San Jose<br>280 South 1st Street, Room 2112<br>San Jose, CA 95113 | Clerk of the Court<br>United States District Court for the<br>Eastern District of New York, Brooklyn<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

| Via Electronic Mail | |
|---|---|
| Kim D. Stephens<br>Jason T. Dennett<br>Kaleigh N. Powell<br>TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>jdennett@tousley.com<br>kstephens@tousley.com<br>kpowell@tousley.com<br><br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division | James Pizzirusso<br>HAUSFELD LLP<br>888 16th Street N.W., Suite 300<br>Washington, DC 20006<br>jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>snathan@hausfeld.com<br><br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division |
| Daniel J. Mogin<br>Jennifer M. Oliver<br>Timothy Z. LaComb<br>MOGINRUBIN LLP<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>dmogin@moginrubin.com<br>joliver@moginrubin.com<br>tlacomb@moginrubin.com<br><br>Jonathan L. Rubin<br>MOGINRUBIN LLP<br>1615 M Street, NW, Third Floor<br>Washington, D.C. 20036<br>jrubin@moginrubin.com<br><br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division | John C. Herman<br>Peter M. Jones<br>Carlton Jones<br>HERMAN JONES LLP<br>3424 Peachtree Road, N.E., Suite 1650<br>Atlanta, Georgia 30326<br>jherman@hermanjones.com<br>pjones@hermanjones.com<br>cjones@hermanjones.com<br><br>Counsel for Stephen J. Vash<br>U.S.D.C. Northern District of Georgia, Atlanta Division |

| | |
|---|---|
| Beth E. Terrell<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 N. 34th Street, Suite 300<br>Seattle, Washington 98103<br>bterrell@terrellmarshall.com<br><br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division | M. Anderson Berry<br>CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.<br>865 Howe Avenue<br>Sacramento, California 95825<br>aberry@justice4you.com<br><br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division |
| Gary E. Mason<br>David K. Lietz<br>MASON LIETZ & KLINGER LLP<br>5101 Wisconsin Avenue NW, Suite 305<br>Washington, DC 20016<br>Tgmason@masonllp.com<br>dlietz@masonllp.com<br><br>Gary M. Klinger<br>MASON LIETZ & KLINGER LLP<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>gklinger@masonllp.com<br><br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division | John A. Yanchunis<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602-3644<br>jyanchunis@forthepeople.com<br><br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division |
| William Howard<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>Truist Place<br>Tampa, Florida 33602<br>Billy@TheConsumerProtectionFirm.com<br><br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division | Ronald A. Marron<br>Alexis M. Wood<br>Kas L. Gallucci<br>LAW OFFICES OF RONALD A. MARRON<br>651 Arroyo Drive<br>San Diego, CA 92103<br>ron@consumersadvocates.com<br>alexis@consumersadvocates.com<br>kas@consumersadvocates.com<br><br>Counsel for Henry Thang<br>U.S.D.C. Northern District of California, San Jose Division |

| | |
|---|---|
| Margaret MacLean<br>Christian Levis<br>Amanda Fiorilla<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>mmaclean@lowey.com<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>Counsel for Henry Thang<br>U.S.D.C. Northern District of California, San Jose Division | Marc J. Held<br>HELD & HINES, L.L.P.<br>2004 Ralph Avenue<br>Brooklyn, New York 11234<br>mheld@heldhines.com<br><br>Counsel for Edmund Metzger<br>U.S.D.C. Eastern District of New York, Brooklyn Division |

Dated: August 23, 2021

/s/ *Norman E. Siegel*
Norman E. Siegel (Missouri Bar No. 44378)
Barrett J. Vahle (Missouri Bar No. 56674)
J. Austin Moore (Missouri Bar No. 64040)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

Kim D. Stephens
Jason T. Dennett
Kaleigh N. Powell
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: (206) 682-5600/Fax: (206) 682-2992
jdennett@tousley.com
kstephens@tousley.com
kpowell@tousley.com

Daniel J. Mogin
Jennifer M. Oliver
Timothy Z. LaComb
**MOGINRUBIN LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101

Telephone: (619) 687-6611
dmogin@moginrubin.com
joliver@moginrubin.com
tlacomb@moginrubin.com

Jonathan L. Rubin
**MOGINRUBIN LLP**
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
jrubin@moginrubin.com

James Pizzirusso
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Telephone: 202-540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
snathan@hausfeld.com

*Counsel for Movants Veera Daruwalla, Michael March, and Lavicieia Sturdivant*