BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re: )
) **MDL Docket No. 3019**
T-MOBILE CUSTOMER DATA )
SECURITY BREACH )
LITIGATION )
)

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the following related actions:

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Demetris Hill | T-Mobile USA, Inc. | W.D. MO | 2:21-cv-04164 | Hon. Nanette K. Laughrey, D.J. |
| 2. | Randall Norris and Misty Norris | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01153 | Hon. James L. Robart, D.J. |
| 3. | Valerie Rogoff | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01157 | Hon. Theresa L. Fricke, M.J. |
| 4. | David Winkler and Cory Barton | T-Mobile USA, Inc. | S.D. TX | 7:21-cv-00322 | Hon. Ricardo H. Hinojosa, D.J. |
| 5. | Stuart Schupler | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01161 | Not yet assigned |
| 6. | Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade and Michael Malone | T-Mobile US, Inc. | W.D. WA | 2:21-cv-01169 | Not yet assigned |
| 7. | Hassan Sadrgilany and Deborah Dames | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16155 | Hon. Zahid N. Quraishi, D.J. |
| 8. | Aaron Avrech and Heather Avrech | T-Mobile USA, Inc. | N.D. CA | 5:21-cv-06660 | Hon. Susan van Keulen, M.J. |
| 9. | Raymond Christie | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16181 | Hon. Zahid N. Quraishi, D.J. |

2

The Schedule of Actions is attached. Copies of the docket sheets and complaints are attached as Exhibits 1-9.

Dated: August 30, 2021

/s/ *Norman E. Siegel*
Norman E. Siegel (Missouri Bar No. 44378)
Barrett J. Vahle (Missouri Bar No. 56674)
J. Austin Moore (Missouri Bar No. 64040)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

*Counsel for Movants Veera Daruwalla, Michael March, and Lavicieia Sturdivant*