BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re:                                )
                                      )   MDL Docket No. 3019
T-MOBILE CUSTOMER DATA                )
SECURITY BREACH                       )
LITIGATION                            )

## SCHEDULE OF RELATED ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|-----------|------------|----------|------------------|-------|
| 1. | Demetris Hill | T-Mobile USA, Inc. | W.D. MO | 2:21-cv-04164 | Hon. Nanette K. Laughrey, D.J. |
| 2. | Randall Norris and Misty Norris | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01153 | Hon. James L. Robart, D.J. |
| 3. | Valerie Rogoff | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01157 | Hon. Theresa L. Fricke, M.J. |
| 4. | David Winkler and Cory Barton | T-Mobile USA, Inc. | S.D. TX | 7:21-cv-00322 | Hon. Ricardo H. Hinojosa, D.J. |
| 5. | Stuart Schupler | T-Mobile USA, Inc. | W.D. WA | 2:21-cv-01161 | Not yet assigned |
| 6. | Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade and Michael Malone | T-Mobile US, Inc. | W.D. WA | 2:21-cv-01169 | Not yet assigned |
| 7. | Hassan Sadrgilany and Deborah Dames | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16155 | Hon. Zahid N. Quraishi, D.J. |
| 8. | Aaron Avrech and Heather Avrech | T-Mobile USA, Inc. | N.D. CA | 5:21-cv-06660 | Hon. Susan van Keulen, M.J. |
| 9. | Raymond Christie | T-Mobile USA, Inc. | D. NJ | 3:21-cv-16181 | Hon. Zahid N. Quraishi, D.J. |