**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| **In re:** ) | |
| ) | **MDL Docket No. 3019** |
| **T-MOBILE CUSTOMER DATA** ) | |
| **SECURITY BREACH** ) | |
| **LITIGATION** ) | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 30, 2021, I electronically filed a Notice of Related Actions with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that a copy of the foregoing was served on all counsel or parties in the manners indicated and addressed as follows:

| Via CM/ECF and E-Mail ||
|---|---|
| Kim D. Stephens<br>Jason T. Dennett<br>Kaleigh N. Powell<br>TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>jdennett@tousley.com<br>kstephens@tousley.com<br>kpowell@tousley.com<br><br>2:21-cv-01118-BAT<br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division<br><br>2:21-cv-01169<br>Counsel for Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade and Michael Malone<br>U.S.D.C. Western District of Washington, Seattle Division | James Pizzirusso<br>HAUSFELD LLP<br>888 16th Street N.W., Suite 300<br>Washington, DC 20006<br>jpizzirusso@hausfeld.com<br><br>Steven M. Nathan<br>HAUSFELD LLP<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>snathan@hausfeld.com<br><br>2:21-cv-01118-BAT<br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division |
| Daniel J. Mogin<br>Jennifer M. Oliver<br>Timothy Z. LaComb<br>MOGINRUBIN LLP<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>dmogin@moginrubin.com<br>joliver@moginrubin.com<br>tlacomb@moginrubin.com<br><br>Jonathan L. Rubin<br>MOGINRUBIN LLP<br>1615 M Street, NW, Third Floor<br>Washington, D.C. 20036<br>jrubin@moginrubin.com<br><br>2:21-cv-01118-BAT<br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division | Norman E. Siegel<br>Barrett J. Vahle<br>J. Austin Moore<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br>moore@stuevesiegel.com<br><br>2:21-cv-01118-BAT<br>Counsel for Veera Daruwalla, Michael March, and Lavicieia Sturdivant<br>U.S.D.C. Western District of Washington, Seattle Division |

2

| | |
|---|---|
| John C. Herman<br>Peter M. Jones<br>Carlton Jones<br>HERMAN JONES LLP<br>3424 Peachtree Road, N.E., Suite 1650<br>Atlanta, Georgia 30326<br>jherman@hermanjones.com<br>pjones@hermanjones.com<br>cjones@hermanjones.com<br><br>1:21-cv-03384-SCJ<br>Counsel for Stephen J. Vash<br>U.S.D.C. Northern District of Georgia, Atlanta Division | |
| Beth E. Terrell<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 N. 34th Street, Suite 300<br>Seattle, Washington 98103<br>bterrell@terrellmarshall.com<br><br>2:21-cv-01119-BJR<br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division<br><br>2:21-cv-01148<br>Counsel for Ania Villalon<br>U.S.D.C. for the Western District of Washington, Seattle Division<br><br>2:21-cv-01138<br>Counsel for Deidre C. Donovan, Bethy Byrd, Kevin Curran and Allan Spielman<br>U.S.D.C. for the Western District of Washington, Seattle Division<br><br>2:21-cv-01139<br>Counsel for Franklin Hughes<br>U.S.D.C. for the Western District of Washington, Seattle Division | M. Anderson Berry<br>CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORP.<br>865 Howe Avenue<br>Sacramento, California 95825<br>aberry@justice4you.com<br><br>2:21-cv-01119-BJR<br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division |

| | |
|---|---|
| Gary E. Mason<br>David K. Lietz<br>MASON LIETZ & KLINGER LLP<br>5101 Wisconsin Avenue NW, Suite 305<br>Washington, DC 20016<br>gmason@masonllp.com<br>dlietz@masonllp.com<br><br>Gary M. Klinger<br>MASON LIETZ & KLINGER LLP<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>gklinger@masonllp.com<br><br>2:21-cv-01119-BJR<br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division | John A. Yanchunis<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602-3644<br>jyanchunis@forthepeople.com<br><br>2:21-cv-01119-BJR<br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division |
| William Howard<br>THE CONSUMER PROTECTION FIRM<br>401 East Jackson Street, Suite 2340<br>Truist Place<br>Tampa, Florida 33602<br>Billy@TheConsumerProtectionFirm.com<br><br>2:21-cv-01119-BJR<br>Counsel for Stephanie Espanoza, Jonathan Morales, and Alex Pygin<br>U.S.D.C. Western District of Washington, Seattle Division | Ronald A. Marron<br>Alexis M. Wood<br>Kas L. Gallucci<br>LAW OFFICES OF RONALD A. MARRON<br>651 Arroyo Drive<br>San Diego, CA 92103<br>ron@consumersadvocates.com<br>alexis@consumersadvocates.com<br>kas@consumersadvocates.com<br><br>5:21-cv-06473<br>Counsel for Henry Thang<br>U.S.D.C. Northern District of California, San Jose Division |

| | |
|---|---|
| Margaret MacLean<br>Christian Levis<br>Amanda Fiorilla<br>LOWEY DANNENBERG, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>mmaclean@lowey.com<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>5:21-cv-06473<br>Counsel for Henry Thang<br>U.S.D.C. Northern District of California, San Jose Division | Marc J. Held<br>HELD & HINES, L.L.P.<br>2004 Ralph Avenue<br>Brooklyn, New York 11234<br>mheld@heldhines.com<br><br>2:21-cv-04721<br>Counsel for Edmund Metzger<br>U.S.D.C. Eastern District of New York, Brooklyn Division |
| Kevin Laukaitis<br>Jonathan Shub<br>SHUB LAW FIRM LLC<br>134 Kings Highway East, 2nd Floor<br>Haddonfield, New Jersey 08033<br>klaukaitis@shublawyers.com<br>jshub@shublawyers.com<br><br>2:21-cv-01148<br>Counsel for Ania Villalon<br>U.S.D.C. for the Western District of Washington, Seattle Division | William B. Federman<br>Tyler J. Bean<br>Molly E. Brantley<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>wbf@federmanlaw.com<br>tjb@federmanlaw.com<br>meb@federmanlaw.com<br><br>5:21-cv-00838-HE<br>Counsel for Stephanie Peralta, Brian Grady and Michael Jones<br>U.S.D.C. for the Western District of Oklahoma, Oklahoma City Division<br><br>3:21-cv-16005<br>Counsel for Norma Savick and Mark Savick<br>U.S.D.C. for the District of New Jersey<br><br>2:21-cv-04164<br>Counsel for Demetris Hill<br>U.S.D.C. for the Western District of Missouri, Jefferson City Division<br><br>7:21-cv-00322<br>Counsel for David Winkler and Cory Barton<br>U.S.D.C. for the Southern District of Texas, McAllen Division |

| | |
|---|---|
| Rachele R. Byrd<br>Marisa C. Livesay<br>Brittany N. Dejong<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, California 92101<br>byrd@whafh.com<br>livesay@whafh.com<br>dejong@whafh.com<br><br>Carl V. Malmstrom<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, Illinois 60604<br>malmstrom@whafh.com<br><br>2:21-cv-01138<br>Counsel for Deidre C. Donovan, Bethy Byrd,<br>Kevin Curran and Allan Spielman<br>U.S.D.C. for the Western District of<br>Washington, Seattle Division | Bryan L. Bleichner<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br>bbleichner@chestnutcambronne.com<br><br>2:21-cv-01139<br>Counsel for Franklin Hughes<br>U.S.D.C. for the Western District of<br>Washington, Seattle Division |

| | |
|---|---|
| Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>Derek Loeser<br>Juli Farris<br>Emma M. Wright<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>jfarris@kellerrohrback.com<br>ewright@kellerrohrback.com<br><br>Christopher Springer<br>KELLER ROHRBACK L.L.P.<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>cspringer@kellerrohrback.com<br><br>2:21-cv-01130-JRC<br>Counsel for Leon Carp<br>U.S.D.C. for the Western District of<br>Washington, Seattle Division | Cornelius Dukelow<br>ABINGTON COLE + ELLERY<br>320 South Boston Avenue<br>Suite 1130<br>Tulsa, Oklahoma 74103<br>cdukelow@abingtonlaw.com<br><br>5:21-cv-00838-HE<br>Counsel for Stephanie Peralta, Brian Grady and Michael Jones<br>U.S.D.C. for the Western District of Oklahoma, Oklahoma City Division<br><br>3:21-cv-16005<br>Counsel for Norma Savick and Mark Savick<br>U.S.D.C. for the District of New Jersey<br><br>2:21-cv-04164<br>Counsel for Demetris Hill<br>U.S.D.C. for the Western District of Missouri, Jefferson City Division<br><br>7:21-cv-00322<br>Counsel for David Winkler and Cory Barton<br>U.S.D.C. for the Southern District of Texas, McAllen Division |

| | |
|---|---|
| Justin C. Walker<br>MARKOVITS, STOCK & DEMARCO, LLC<br>3825 Edwards Road, Suite 650<br>Cincinnati, OH 45209<br>jwalker@msdlegal.com<br><br>2:21-cv-01139<br>Counsel for Franklin Hughes<br>U.S.D.C. for the Western District of Washington, Seattle Division | Karin B. Swope<br>COTCHETT, PITRE & McCARTHY, LLP<br>7511 Greenwood Avenue N, Suite 4057<br>Seattle, WA 98103<br>kswope@cpmlegal.com<br><br>Adam J. Zapala<br>Elizabeth Castillo<br>Reid W. Gaa<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>kzie@cpmlegal.com<br>rgaa@cpmlegal.com<br><br>2:21-cv-01137<br>Counsel for Crystal Lam and Nina Phan<br>U.S.D.C. for the Western District of Washington, Seattle Division |
| | Laurence M. Rosen<br>THE ROSEN LAW FIRM, P.A.<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>lrosen@rosenlegal.com<br><br>3:21-cv-16005<br>Counsel for Norma Savick and Mark Savick<br>U.S.D.C. for the District of New Jersey |

| | |
|---|---|
| Yavar Bathaee<br>Bathaee Dunne LLP<br>445 Park Avenue<br>9th Floor<br>New York, NY 10022<br>yavar@bathaeedunne.com<br><br>Brian James Dunne<br>Bathaee Dunne LLP<br>633 West Fifth Street<br>26th Floor<br>Los Angeles, CA 90071<br>bdunne@bathaeedunne.com<br><br>5:21-cv-06660<br>Counsel for Aaron Avrech and Heather Avrech<br>U.S.D.C. for the Northern District California, San Jose Division | Christopher A. Seeger<br>Christopher L. Ayers<br>SEEGER WEISS LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>cseeger@seegerweiss.com<br>cayers@seegerweiss.com<br><br>3:21-cv-16181<br>Counsel for Raymond Christie<br>U.S.D.C. for the District of New Jersey, Trenton Division<br><br>3:21-cv-16155<br>Counsel for Hassan Sadrgilany and Deborah Dames<br>U.S.D.C. for the District of New Jersey, Trenton Division |
| James E. Cecchi<br>Kevin G. Cooper<br>CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 0768<br>jcecchi@carellabyrne.com<br>kcooper@carellabyrne.com<br><br>3:21-cv-16181<br>Counsel for Raymond Christie<br>U.S.D.C. for the District of New Jersey, Trenton Division<br><br>3:21-cv-16155<br>Counsel for Hassan Sadrgilany and Deborah Dames<br>U.S.D.C. for the District of New Jersey, Trenton Division | Joseph H. Meltzer<br>Melissa L. Troutner<br>KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>jmeltzer@ktmc.com<br>mtroutner@ktmc.com<br><br>3:21-cv-16181<br>Counsel for Raymond Christie<br>U.S.D.C. for the District of New Jersey, Trenton Division<br><br>3:21-cv-16155<br>Counsel for Hassan Sadrgilany and Deborah Dames<br>U.S.D.C. for the District of New Jersey, Trenton Division |

| | |
|---|---|
| Lucy McShane<br>Maureen M. Brady<br>MCSHANE & BRADY LLC<br>1656 Washington Street<br>Suite 140<br>Kansas City, MO 64108<br>lmcshane@mcshanebradylaw.com<br>mbrady@mcshanebradylaw.com<br><br>2:21-cv-04164<br>Counsel for Demetris Hill<br>U.S.D.C. for the Western District of Missouri, Jefferson City Division | Derik Ramon Campos<br>Stephen P Connor<br>Anne-Marie E Sargent<br>CONNOR & SARGENT PLLC<br>921 HILDEBRAND LANE NE STE 240<br>BAINBRIDGE ISLAND, WA 98110<br>derik@cslawfirm.net<br>steve@cslawfirm.net<br>aes@cslawfirm.net<br><br>2:21-cv-01153<br>Counsel for Randall Norris and Misty Norris<br>U.S.D.C. for the Western District of Washington, Seattle Division |
| Gary F. Lynch<br>Nicholas A. Colella<br>CARLSON LYNCH, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>glynch@carlsonlynch.com<br>ncolella@carlsonlynch.com<br><br>2:21-cv-01153<br>Counsel for Randall Norris and Misty Norris<br>U.S.D.C. for the Western District of Washington, Seattle Division | Joseph P. Guglielmo<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br><br>2:21-cv-01153<br>Counsel for Randall Norris and Misty Norris<br>U.S.D.C. for the Western District of Washington, Seattle Division |
| MaryBeth V. Gibson<br>THE FINLEY FIRM, P.C.<br>3535 Piedmont Road<br>Building 14, Suite 230<br>Atlanta, GA 30305<br>mgibson@thefinleyfirm.com<br><br>2:21-cv-01153<br>Counsel for Randall Norris and Misty Norris<br>U.S.D.C. for the Western District of Washington, Seattle Division | Arthur M. Murray<br>MURRAY LAW FIRM<br>701 Poydras Street<br>New Orleans, LA 70139<br>amurray@murray-lawfirm.com<br><br>2:21-cv-01153<br>Counsel for Randall Norris and Misty Norris<br>U.S.D.C. for the Western District of Washington, Seattle Division |

| | |
|---|---|
| Brian C. Gudmudson<br>ZIMMERMAN REED LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>brian.gudmundston@zimmreed.com<br><br>2:21-cv-01153<br>Counsel for Randall Norris and Misty Norris<br>U.S.D.C. for the Western District of Washington, Seattle Division | Mike Kanovitz<br>Scott Drury<br>LOEVY & LOEVY (IL)<br>311 N ABERDEEN 3RD FLOOR<br>CHICAGO, IL 60607<br>mike@loevy.com<br>drury@loevy.com<br><br>David B. Owens<br>LOEVY & LOEVY<br>100 S KING STREET STE 100<br>SEATTLE, WA 98014<br>David@loevy.com<br><br>2:21-cv-01157<br>Counsel for Valerie Rogoff<br>U.S.D.C. for the Western District of Washington, Seattle Division |
| Duncan Calvert Turner<br>BADGLEY MULLINS TURNER PLLC<br>19929 BALLINGER WAY NE, STE 200<br>SEATTLE, WA 98155<br>dturner@badgleymullins.com<br><br>2:21-cv-01161<br>Counsel for Stuart Schupler<br>U.S.D.C. for the Western District of Washington, Seattle Division | Thomas J. McKenna<br>Gregory M. Egleston<br>GAINEY McKENNA & EGLESTON<br>501 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>tjmkenna@gme-law.com<br>gegleston@gme-law.com<br><br>2:21-cv-01161<br>Counsel for Stuart Schupler<br>U.S.D.C. for the Western District of Washington, Seattle Division |

| | |
|---|---|
| T-MOBILE USA, INC.<br>c/o Corporation Service Company<br>300 Deschutes Way SW, Ste. 208 MC-CSC1<br>Tumwater, WA, 98501<br><br>2:21-cv-01118-BAT<br>2:21-cv-01119-BJR<br>2:21-cv-04721-JMA<br>2:21-cv-01130<br>2: 21-cv-01138<br>2: 21-cv-01137<br>2: 21-cv-1139<br>2: 21-cv-1148<br>3: 21-cv-16005<br>5: 21-cv-00838<br>5:21-cv-06660<br>3:21-cv-16181<br>2:21-cv-04164<br>2:21-cv-01153<br>2:21-cv-01157<br>3:21-cv-16155<br>2:21-cv-01161<br>7:21-cv-00322<br>Counsel for Defendant T-Mobile USA, Inc. | T-MOBILE US, INC.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>1:21-cv-03384-SCJ<br>5:21-cv-06473-NC<br>2:21-cv-01169<br>Counsel for Defendant T-Mobile US, Inc. |

Dated: August 30, 2021

/s/ *Norman E. Siegel*
Norman E. Siegel (Missouri Bar No. 44378)
Barrett J. Vahle (Missouri Bar No. 56674)
J. Austin Moore (Missouri Bar No. 64040)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com

*Counsel for Movants Veera Daruwalla, Michael March, and Lavicieia Sturdivant*