**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT
LITIGATION**

| | |
|---|---|
| **IN RE:  T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL Docket No. 3019** |

**NOTICE OF WITHDRAWAL OF NOTICE OF
<u>APPEARANCE</u>**

Plaintiffs Devon Avery, Blondel Garner, Brian Hayes, Timothy Ryan, and Daniel Moon

withdraw the Notice of Appearance of Thomas E. Loeser because an appearance in the MDL has

already been filed by another attorney of record in the case.

Dated: September 8, 2021

By: */s/ Thomas E. Loeser*
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-623-7292
Email: toml@hbsslaw.com

*Counsel For Devon Avery, Blondel Garner, Brian Hayes, Timothy Ryan, and Daniel Moon*